WILLIAM G. MALCOLM
KEVIN HAHN #9821
MALCOLM ♦ CISNEROS, a Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (TELECOPIER)

**Attorneys for Secured Creditor,**
**Wells Fargo Bank, N.A.**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA, LAS VEGAS DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 09-22822-lbr |
| MONICA MEZA, | Chapter 13 |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | (No Hearing Date Required) |

**PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

                    William G. Malcolm, Esq.
                    MALCOLM ♦ CISNEROS, a Law Corporation
                    2112 Business Center Drive, 2nd Floor
                    Irvine, California 92612

DATED: July 31, 2009          MALCOLM ♦ CISNEROS

                    By:/s/William G. Malcolm
                       WILLIAM G. MALCOLM
                       Attorneys for Secured Creditor,
                       Wells Fargo Bank, N.A.

                                    PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )       ss.
COUNTY OF ORANGE    )

        I am employed in the County of Orange, State of

California.  I am over the age of eighteen and not a party to the

within action; my business address is: 2112 Business Center

Drive, Second Floor, Irvine, California, 92612.

        On August 3, 2009, I served the following document

described as **REQUEST FOR SPECIAL NOTICE** on the interested parties

in this action by placing a true copy thereof enclosed in a

sealed envelope with postage thereon fully prepaid in the United

States mail at Irvine, California **(and via telecopy or overnight**

**mail where indicated)**, addressed as follows:

                        Monica Meza
                        2571 Fort Lauderdale Dr.
                        Las Vegas, NV 89156

                        Randolph Goldberg
                        4000 S. Eastern Ave. #200
                        Las Vegas, NV 89119

                        Kathleen A. Leavitt
                        Chapter 13 Trustee
                        201 Las Vegas Blvd., So.
                        #200
                        Las Vegas, NV 89101

        I declare under penalty of perjury that the foregoing

is true and correct.

        Executed on August 3, 2009, at Irvine, California.

                                */S/ Gabriela Nieves*
                                GABRIELA NIEVES