Entered on Docket
June 25, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank National Association, as Trustee for BAFC 2007-2
10-70866

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Monica Meza

                    Debtor.

BK-S-09-22822-lbr

MS Motion No. 38
Date: June 7, 2010
Time: 10:00 a.m.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,215.62 (April 1, 2010 - June 1, 2010) | $3,646.86 |
| 2 Late Charges at $50.76 (April 16, 2010 - May 16, 2010) | $101.52 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($0.38) |
| Total | $4,648.00 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $774.67 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the June 20, 2010 payment and continuing throughout and concluding on or before October 20, 2010. The sixth final payment in the amount of $774.65 shall be paid on or before November 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the July 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2571 Fort Lauderdale Dr, Las Vegas, NV 89156, and legally described as follows:

> LOT FIFTEEN (15) IN BLOCK ONE (1) OF CITY LIGHTS PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 61, OF PLATS, PAGE 36, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

1  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
2  State Law, and take any action necessary to obtain complete possession thereof.
3
4  Submitted by:
5  WILDE & ASSOCIATES
6
7  By_____ #c5099
   GREGORY L. WILDE, ESQ.
8  Attorneys for Secured Creditor
   212 South Jones Boulevard
9  Las Vegas, Nevada 89107
10 APPROVED AS TO FORM & CONTENT:
11 Kathleen A Leavitt                              Randolph Goldberg
12 By_____                          By_____
13
14 Kathleen A Leavitt                              Randolph Goldberg
   Chapter 13 Trustee                              Attorney for Debtors
15 201 Las Vegas Blvd., So. #200                   4000 S. Eastern Ave., #200
   Las Vegas, NV 89101                             Las Vegas, NV 89119
16
17                                                 Nevada Bar No. 10972
18
19
20
21
22
23
24
25
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_×_ approved the form of this order           \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_×_ approved the form of this order           \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor