**Entered on Docket
September 13, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| In re: | ) | BANKRUPTCY NUMBER: |
|---|---|---|
| MONICA MEZA | ) | BK-S-09-22822-LBR |
|  | ) | Chapter 13 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | Date: N/A |
|  | ) | Time: N/A |

**ORDER VOLUNTARILY DISMISSING CHAPTER 13 BANKRUPTCY PETITION**

Having read the application of the above-named Debtor by and through her attorney, RANDOLPH H. GOLDBERG, ESQ., and good cause appearing therefore,

IT IS HEREBY ORDERED AND DECREED:

THAT the Chapter 13 of the Bankruptcy Case be dismissed.

1

2   IT IS FURTHER ORDERED that KATHLEEN LEAVITT Chapter 13 Trustee receive the
3   sum of $ ~0~ as and for services rendered in the Chapter 13 proceeding.

4
    DATED this _____ day of AUGUST, 2010.
5
    Submitted by:
6   THE LAW OFFICE OF
    RANDOLPH H. GOLDBERG, ESQ.
7
    By_/s/RANDOLPH H. GOLDBERG, ESQ. /s/_
8   RANDOLPH H. GOLDBERG, ESQ.
    4000 S. EASTERN AVENUE, STE. 200
    LAS VEGAS, NV 89119
9   Attorney for Debtor

10

11  APPROVED/DISAPPROVED
    AS TO FORM AND CONTENT:
12

13  _____
    KATHLEEN LEAVITT
14  201 S. LAS VEGAS BLVD., SUITE 200
    LAS VEGAS, NV 89101
15

16

17

18

19

20

21

22

23

24

25

26

27